B1 **(Official Form 1)** (04/13)

| United **States Bankruptcy Court**<br>NORTHERN District of **iLLINOIS** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sarmiento, Antonio** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Sarmiento, Brendaly** |
|---|---|
| All Other Names Used by the Debtor in the last 8 years<br>(include married, maiden, md trade names):<br>Tony Sarmiento | All Other Names Used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Brendaly Luciano |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  3366 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  7657 |
| Street Address of Debtor (No. and Street, City, and State):<br>2311 N. Nagle | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2311 N. Nagle** |

| Chicago, Illinois | 60707 | Chicago, Illinois | 60707 |
|---|---|---|---|

| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
|---|---|
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.)<br><br>☒ Individual (include Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature** of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank | **Chapter** of Bankruptcy Code Under Which<br>the Petition is Filed   (Check one box)<br><br>☒ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                           Nonmain Proceeding |
|---|---|---|

| | | **Nature** of Debts<br>(Check one box.)<br><br>☒ Debts are primarily consumer    ☐ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose. |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). |
|---|---|

| **Filing Fee** (Check one box.)<br><br>☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach<br>signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owned to<br>insiders or affiliates) are less than $2,490,925 (amount subject m adjustment<br>on 4/01/16 and every three years thereafter).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or marc classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds k available for distribution to unsecured creditors.<br>☐ Debtor estimates that, when my exempt property is excluded and administrative<br>expenses paid, them will be no funds available for distribution to unsecured creditors. | **THIS SPACE IS FOR**<br>**COURT USE ONLY** |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>m $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>lo $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | 5100,001 to<br>S500,000 | $500,001<br>to $1<br>million | $1,000,001<br>m $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**B1 (Official Form 1) (04/13)**

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s): Antonio & Brendaly Sarmiento |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet.)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b)<br><br>X  /s/ Martin Y. Joseph<br>Signature of Attorney          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or in alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and do  o a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☒ Debtor has been domiciled or bar had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

☐ Debtor is a debtor in a foreign proceeding and bar i s principal place of business or principal assets in the United States in this District, or er has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgement for possession was entered, and

☐ Debtor bar included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form I) (04/13)**

Page 3

| | |
|---|---|
| **Voluntary Petition**<br>(This page must be completed and filed in every case) | **Name of Debtor(s):** Antonio & Brendaly Sarmiento |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If an attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney

Martin Y. Joseph
Printed Name of Attorney for Debtor(s)

_____
Firm Name

221 N. LaSalle Ste 1906
Address

Chicago, IL 60601

312-749-1693
Telephone Number

_____
Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notice and information required under 11 U.S.C. 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the d e b , as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN District of iLLINOIS

In Re: _____Antonio & Brendaly Sarmiento_____    Case No. _____

                    Debtor                                          (if known)

                                                Chapter                 7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $515,000.00 | | |
| B - Personal Property | Yes | 6 | $16,250.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $592,541.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $67,882.00 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,338.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,515.00 |
| TOTAL | | 21 | $531250.00 | $660423.00 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN District of iLLINOIS

In Re: _____Antonio & Brendaly Sarmiento_____          Case No. _____

Debtor                                                                          (if known)

Chapter                      7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information hem.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E)(whether disputed or undisputed) | 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E)(whether disputed or undisputed) | 0 |
| Student Loan Obligations (from Schedule F) | 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0 |
| TOTAL | 0 |

State the following:

| | |
|---|---|
| Average Income (fmm Schedule I, Line 12) | 4,338.00 |
| Average Expenses (fmm Schedule J, Line 22) | 4,515.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR. Form 22C-1 Line 14) | 4732 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D. "UNSECURED PORTION. IF ANY" COLUMN | | 86,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | 0 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column. | | 0 |
| 4. Total from Schedule F | | $63,637.0 |
| 5. Total of non-priority unsecured debt (sum of 1.3, and 4) | | $149637.0 |

In Re: _____Antonio & Brendaly Sarmiento_____          Case No. _____
                              Debtor                                                    (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's a m benefit. U the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor holds no interest in red property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracrs and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single Family Home<br>2311 N. Nagle<br>Cicago, IL. 60707 | Fee simple | H | $250,000 | $223,000 |
| Condominium<br>3420 W. Foster<br>U nit 202<br>Chicago, IL. 60625 | Fee simple | J | 265,000 | 330,000 |
| | | Total | $515,000.00 | |

In Re: _____Antonio & Brenddy Sanniento_____    Case No. _____
                                 **Debtor**                                            **(if known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor is an individual or a joint petition is filed, state the mount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts sod unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property". If the property is being held for a minor child. simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's m e . See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash | J | 50 |
| 2.  Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit union$ brokerage houses or cooperatives. | | Checking & Savings Accounts U.S. Bank | J | 1000 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Furniture, Sterw, Computer | I | 300 |

| | | | | |
|---|---|---|---|---|
| **Type of Property** | **None** | **Description and Location of Property** | **Husband, Wife, Joint, or Community** | **Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Necessary Wearing Apparal | J | 300 |
| 7. Furs and jewelry. | | Ring | W | 300 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. | X | | | |
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

In Re: _____ Antonio & Brendaly Sarmiento _____   Case No. _____
     Debtor                                            (if known)

| Type of Property | None | Description and Location of Property | Husb and, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stock | W | 300 |
| 10010347670610f Stock in Luciano Sarmiento Inc. | | Stock in business | J | 0 |
| Business sole proprietership | | Real Estate Sales | w | 0 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

In Re: _____ Antonio & Brendaly Sarmiento _____   Case No. _____
                                Debtor                                    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interest life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in real estate of a decedent death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent or unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claim.. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Honda Accord | H | 12,000 |
| | | 2005 Nissan Marin | W | 2000 |

Official Form 6B (12/07)

In Re: Antonio & Brendaly Sarmiento _____
                           **Debtor**                        (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

In Re:    _____ Antonio & Brendaly Sarmiento _____    Case No. _____
                            **Debtor**                              (if **known**)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claim the exemptions to which debtor is entitled **under**:
(Check one box)

☐  Check if debtor claims a homestead exemption that exceeds
    **$155,675.**◆

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Single Family Home 2311 N. **Nagle** Cicago, IL. 60707 | **735-5/12-901** | $15,000.00 | $250,000 |
| Cash | **735-5/12-1001(b)** | | 50 |
| Checking & Savings **Accounts** U.S. Bank | **735-5/12-1001(b)** | **1,000.00** | **1000** |
| Furniture, Stereo, Computer | **735-5/12-1001(b)** | 300.00 | 300 |
| Necessary Wearing **Apparal** | **735-5/12-1001(a)** | 300.00 | 300 |

B6C (Official Form 6C) (04/13)

In Re: _____Antonio & Brendaly Sarmiento_____   Case No. _____
                          Debtor                                                    (if known)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| 2005 Nissan Marin | 735-5/12-1001(c) | | 2000 |

In Re: ___Antonio & Brendaly Sarmiento___
          Debtor                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses m do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interesh.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "AB., a minor child by John Doe, guardian." Do not disclose the child's name. Set. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the wlumn labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the wlumn labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the wlumn labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Scheduler and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 14M1-729175<br><br>3418-20 W. Foster Condominium Association C/o Kovitz, Shifrin, Nesbit 750 W. Lake Cook Road Ste 350 Buffalo Grove, IL. 60089 | | J | Condominium Assessments 3418 W. Foster Chieago, IL. 60625<br><br>**VALUES**      265,000.00 | | | | 6700.00 | |
| Account Number: 092-191-0001834-8001<br><br>TCF Bank P.O.Box 1485 Minneapolis, MN.55480-1485 | | J | Condominium Mortgage 3418 W. Foster Chicago, IL. 60625<br><br>VALUE $      265,000.00 | | | | 288,000.00 | |
| Aecount Number:<br><br>Specialized Loan Services 8742 Lucent Blvd Suie 300 Highland Ranch, Co. 80129 | | J | Condominium Second Mortgage 3418 W. Foster Chicago, IL. 60625<br><br>VALUE $      265,000.00 | | | | 62,776.00 | |

Subtotal (Total of this page) **$357,476.00** | $0.00

Total (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

__1__  continuation sheets attached

In Re: _____ Antonio & Brendaly Sarmiento _____

Debtor                                                                                      (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Platnium Home Mortgage<br>P.O. Box 5914<br>Santa Rosa CA. 60407 | | H | Single Family Home<br><br>VALUE $ 250.000.00 | | | | 223,000, | |
| Account Number: _____<br>Atlantic Credit and Finance<br>P.O. Box 12966<br>Roanoke, Virginia 24030-2966 | | | 2008 Honda Accord<br><br>VALUE $ | | | | 12,065 | 12,000 |
| Account Number: _____ | | | <br><br>VALUE $ | | | | | |
| Account Number: | | | <br><br>VALUE $ | | | | | |
| Account Number: | | | <br><br>VALUE $ | | | | | |
| Account Number: | | | <br><br>VALUE $ | | | | | |
| Account Number: | | | <br><br>VALUE $ | | | | | |
| | | | Subtotal<br>(Total of this page) | | | | $235,065.00 | $12,000.00 |
| | | | Total<br>(Use only on last page) | | | | $592,541.00 | $12,000.00 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

In Re:  _____Antonio & Brendaly Sarmiento_____    Case No. _____
                            Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured ii entitled to it uld be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may b liable on e ch claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the m is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the col labeled "Disputed". (You may need to pl an "X" in more than one of these three columns.)

Re d the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amount not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support** Obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and** commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475' per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extend provided in 11 U.S.C. § 507(a)(4).

☐ Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $6,150* per farmer of fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits** by individuals

Claims of individuals up to $2,775* deposits for the **purchase, lease,** or rental of **property** or services for personal, family, or household use, hat were not **delivered** or provided. 11 U.S.C. § 507(a)(7).

☐ Taxes m d Certain Other Debts Owed to Governmental Units

Taxes, custom duties, and penalties **owing to** federal, state, and **local** governmental units as set forth in 11 U.S.C. § 507(a)(8)

☐ Commitments to Maintain the Capital of **an** Insured Depository Institution

Claims bared on **commitments** to the FDIC, RTR, **Director** of the Office of **Thrift Supervision, Comptroller** of the **Currency,** or Board of **Governors** of the Federal Reserve System, **or** their **predecessors or** successors, to maintain the capital of an insured depository **institution.** 11 U.S.C. § 507(a)(9).

☐ Claims for Death **or** Personal **Injury** While Debtor Was Intoxicated

Claims for death or personal injury resulting **from** the operation of a motor vehicle or vessel while the debtor war intoxicated **from using** alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* **Amounts** are subject to adjustment on 04/01/16, and every three **years thereafter** with **respect** to cases commenced on or after the date of **adjustment.**

In Re: _____ Antonio & Brendaly Sarmiento _____    Case No. _____

**Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claim listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in s joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of than, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: | | | | | | | 4964.00 |
| Ashley Furniture Homestores/SYNCB P.O. Box 960061 Orlando, FL.32896-0061 | | | | | | | |
| Account Number: | | | | | | | |
| | | | | | | | |
| Account Number: | | | | | | | 8368.00 |
| Bank Of America P.O. Box 851001 Dallas, TX. 60707-3419 | | | | | | | |
| Account Number: | | | | | | | 6340.00 |
| Barclay's Bank Deleware 125 S. West Street Wilmington, DE.19801 | | | | | | | |
| | | | | | Subtotal | | $19,672.00 |

___3___ continuation sheets attached

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In Re: _____ Antonio & Brendaly Sarmiento _____   Case No. _____
                                    Debtor                                                    (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br>Barclaycard<br>P.O. Box 60517<br>City of Industry, CA. 917164517 | | | | | | | 360.000 |
| Account Number:<br>Capital One Bank USA/NA<br>P.O. Box 30281<br>Salt Lake City, UT. 84130 | | | | | | | 4620.00 |
| Account Number:<br>Chase Bank USA NA<br>C/o United Recovery Systems<br>P.O. Box 722929<br>Houston TX. 77272 | | | | | | | 6322.00 |
| Account Number:<br>Citicards CBNA<br>701 E. 60th Street<br>Sioux Falls, SD. 57104 | | | | | | | 1264.00 |
| Account Number:<br>Citimastercard<br>C/o United Recovery Systems<br>5800 N. Course Drive<br>Houston, TX. 77072 | | | | | | | 6010.00 |
| Account Number:<br>Direct Merchants Bank<br>P.O. Box30258<br>Salt Lake City, UT. 84130-0258 | | | | | | | 473.00 |
| Account Number:<br>Discover Card<br>P.O. Box 6103<br>Carol Stream, IL. 60197-6103 | | | | | | | 1692.00 |

Subtotal $20,262.00

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____ Antonio & Brendaly Sarmiento _____    Case No. _____

| Debtor | | | | | | | | (if known) |

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so Slate. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account Number:**<br>Diversified Consultants Inc.<br>P.O. Box 551268<br>Jacksonville, FL. 32255-1268 | | | | | | | 142.00 |
| **Account Number:**<br>FCI<br>3703 W. Lake Street<br>Ste 310<br>Glenview, IL. 60026 | | | | | | | |
| **Account Number:**<br>Firsst National Bank of Omaha<br>P.O. Box 2557<br>Omaha, NE. 68103-2557 | | | | | | | 4858.00 |
| **Account Number:**<br>Goodyear<br>C/o United Recovery Systems<br>P.O. Box 722910<br>Houston, TX 77272-2910 | | | | | | | 2321.00 |
| **Account Number:**<br>Kay Jewelers<br>P.O. Box 740425<br>Cincinnati, OH. 45274-0425 | | | | | | | 1637.00 |
| **Account Number:**<br>Lake Anesthesia Associates<br>C/o Merchants Credit Guide Co.<br>222 W. Jackson #700<br>Chicago, IL. 60606 | | | | | | | 374.00 |
| **Account Number:**<br>Macy's<br>P.O. Box 6167<br>Sioux Falls, SD.57117-6167 | | | | | | | 1445.00 |

Subtotal    $10,777.00

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In Re: Antonio & Brendaly Sarmiento   Case No.

Debtor   (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Jint, or Comm unity | Date Claim was Incurred and Consideration for Claim.  If Claim is Subject to Setoff, so State. | Conting ent | Unliquid ated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br><br>North Shore Fertility S.C.<br>P.O. Box 5652<br>Chicago, IL. 60680 | | | | | | | 1966.00 |
| Account Number:<br><br>Northshore University Healthsystems<br>23056 Network Place<br>Chicago, IL. 60673-1230 | | | | | | | 4555.00 |
| Acwunt Number:<br><br>Northwestern Memorial Hospital<br>P.O. Box 73690<br>Chicago, IL. 60673-7690 | | | | | | | 2940.00 |
| Account Number:<br><br>Swedish Covenant Hospital<br>C/o Mewdical Business Bureau LLC<br>P.O. Box 1219<br>Park Ridge, IL. 60068 | | | | | | | 1248.00 |
| Account Number:<br><br>Synchrony Bank/Walmart Master Card<br>P.O. Box 960024<br>Orlando, FL. 32896-0024 | | | | | | | 2217.00 |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |

Subtotal $12,926.00

Total $63,637.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary f Certain Liabilities and Related Data.)

Sheet no. __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Official Form 6G (12/07)　Case 15-23747　Doc 1　Filed 07/11/15　Entered 07/11/15 13:23:49　Desc Main
Document　Page 22 of 45

In Re: _____　Case No. _____
　　　　　　Antonio & Brendaly Sarmiento
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE *G* - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all **executory contracts** of any nature and all unexpired **leases of real** or **personal property**.  Include any timeshare interests. State **nature** of **debtor's interest** in contract, **i.e.,** "Purchaser", **"Agent"**, etc. State whether **debtor** is the lessor or lessee of a lease. **Provide the names and complete mailing** addresses of all other parties to each lease or contract described. **If a minor child is a party to one of the leases** or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "AB., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. 6 112 and Fed. R. Bankr. P. 1007(m).

☒　Check this box if debtor has no executory contracts or unexpired leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| | |

Official Form 6H (12/07)

In Re: _____ Antonio & Brendaly Sarmiento _____      Case No. _____

_____ Debtor _____                                    (if known)


# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of crediton.   Include all guarantors and co-signers. If the debtor resides or resided in a community properly state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexiw, Puerto Riw, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian. such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

 Check this box if debtor has no codebtors.

| Name and Mailing Address of Codebtor | Name and Mailing Address of Creditor |
|---|---|
|  |  |

Fill in this information to identify your case

| | | |
|---|---|---|
| Debtor 1 | Antonio<br>First Name    Middle Name | Sarmiento<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | Brendaly<br>First Name    Middle Name | Sarmiento<br>Last Name |
| United States Bankruptcy Court for the: | Northern District Of Illinois | |
| Case number<br>(if known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing past-petition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form B 61

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:    Describe Employment**

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | Customer Service | Real Estate Broker |
| Employer's name | Al Piemonte Suziki Inc. | Self-Employe |
| Employer's address | 401 E. North Avenue<br>Number    Street | Century 21<br>Number    Street<br>3372 W. Devon |
| | Northlake    IL.    60164<br>City    State    ZIP Code | Lincolnwood    IL    60712<br>City    State    ZIP Code |
| How long employed there? | 1 year | 1 year |

---

**Part 2:    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).If not paid monthly, calculate what he monthly wage would be. | 2. $ 2,360.00 | $ 1,242.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + $ | + $ |
| 4. | Calculate gross income. Add line 2 + line 3 | 4. $ 2,360.00 | $ 1,242.00 |

Debtor 1    Antonio                    Sarmiento                                    Case number (if known)
           First Name   Middle Name          Last Name

|  |  | For **Debtor** 1 | For Debtor **2** or non-filing spouse |
|---|---|---|---|

Copy line 4 here.................................................. → 4.    $ 2,360.00    $ 1,242.00

5. **List** all payroll **deductions:**

5a. Tax, **Medicare,** and **Social Security** deductions    5a. $ 394.00    $ _____

5b. **Mandatory contributions** for **retirement** plans    5b. $ _____    $ _____

5c. voluntary **contributions** for **retirement** plans    5c. $ _____    $ _____

5d. **Required** repayments of **retirement** fund loans    5d. $ _____    $ _____

5e. Insurance    5e. $ _____    $ _____

5f. **Domestic** support **obligations**    5f. $ _____    $ _____

5g. **Union dues**    5g. $ _____    $ _____

5h. Other **deductions.** Specify: _____    5h. + $ _____    + $ _____

6. Add the payroll **deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.    6. $ 394.00    $ 0.00

7. **Calculate** total monthly **take-home** pay. Subtract line 6 from line 4.    7. $ 1,966.00    $ 1,242.00

8. **List** all other **income** regularly received:

8a. Net income from rental **property** and from **operating** a **business, profession,** or **farm**
Attach a **statement** for each **property** and business showing gross receipts. ordinary and necessary business **expenses,** and the total monthly net inmme.    8a. $ _____    $ _____

8b. **Interest** and **dividends**    8b. $ _____    $ _____

8c. **Family support** payments that you, a **non-filing** spouse, or a dependent regularly receive
Include alimony, spousal support, child support, **maintenance,** divorce settlement, and property settlement.    8c. $ _____    $ 150.00

8d. Unemployment **compensation**    8d. $ _____    $ _____

8e. **Social Security**    8e. $ _____    $ _____

8f. Other government **assistance that you** regularly **receive**
Include cash **assistance** and the value (if known) of any **non-cash** assistance that you receive, such as **food** stamps (**benefits** under the Supplemental **Nutrition** Assistance Program) or housing subsidies.
Specify: _____    8f. $ _____    $ _____

8g. Pension or **retirement income**    8g. $ _____    $ _____

8h. **Other** monthly **income.** Specify: _____ Part time Employment    8h. + $ 480    + $ 500.00

9. Add all other **income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9. $ 480.00    $ 650.00

10. **Calculate** monthly **income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or **non-filing spouse.**    10. $ 2,446.00 + $ 1,892.00 = $ 4 338 00

11. **State** all other regular **contributions** to the **expenses that you list in** Schedule **J.**
Include **contributions** from an **unmarried** partner, members of your household, your dependents, your roommates, and **other** friends or relatives.
Do not include any **amounts** already included in lines 2-10 or **amounts that** are **not** available to pay expenses listed in Schedule **J.**
Specify: _____    11. + $ _____

12. Add the **amount in** the last **column** of line 10 to the **amount in** line 11. The **result is** the combined monthly **income.**
Write **that** amount on the Summary of Schedules and **Statistical** Summary of **Certain Liabilities** and **Related** Data, if it applies    12.    $ 4,338.00   **Combined monthly income**

13. **Do you expect** an **increase** or **decrease within** the year after you file **this form?**
☒ No.
☐ Yes. Explain: _____

| Debtor 1 | Antonio | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Brendaly | | Sarmiento |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Northern District of Illinois | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses

**12/13**

Be as **complete** and **accurate** as **possible**. If **two married** people are **filing together**, **both** are equally **responsible** for **supplying** correct **Information**. If more space is needed, attach **another** sheet **to** this form. On the top of any **additional** pages, **write** your name and case **number** (if known). Answer every **question**.

1. Is this a **joint case?**

   ☐ No   Go to line 2.
   ☒ Yes. **Does** Debtor 2 **live in** a separate household?

      ☒ No
      ☐ Yes. Debtor 2 must file a **separate** Schedule J.

2. Do you have dependents?

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 11 | ☐ No ☒ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. Do your **expenses include** expenses of people other than **yourself** and your **dependents?**

   ☒ No
   ☐ Yes

**Estimate** your **expenses** as of your **bankruptcy filing** date unless you **are** using this **form as** a supplement **In** a Chapter 13 case **to report expenses** as of a date **after** the bankruptcy **is filed.** If this is a supplemental Schedule **J,** check the box at the top **of** the form and **fill in** the **applicable** date.

Include **expenses** paid **for** with **non-cash** government **assistance** If you know the value of such **assistance** and have included **it** on **Schedule I: Your Income (Official** Form B 6I.)

**Your expenses**

4. **The rental** or home **ownership expenses for** your **residence. Include** first **mortgage** payments and any rent tor Re ground or lot.

   4. $ ~~1,700.00~~

   If not included **In line** 4:

   4a. Real **estate** taxes                                         4a. $ _____

   4b. Property, **homeowner's,** or renter's insurance            4b. $ _____

   4c. Home maintenance, repair, and upkeep expenses              4c. $ 50

   4d. Homeowner's association or condominium dues                 4d. $ _____

| Debtor 1 | Antonio | Sarmiento | Case number (if known)_____ |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

|  | | | | Your expenses |
|---|---|---|---|---|

5. **Additional mortgage** payments for your **residence, such** as home equity loans $ _____

6. **Utilities:**

| | | | |
|---|---|---|---|
| 6a. | **Electricity,** heat, natural gas | 6a. | $ _____ 200.00 |
| 6b. | Water, sewer, **garbage** collection | 6b. | $ _____ 15.00 |
| 6c. | Telephone, **cell** phone. Internet, satellite, and **cable services** | 6c. | $ _____ 200.00 |
| M. | Other. Specify: _____ Satellite TV _____ | M. | $ _____ 100.00 |

7. Food and housekeeping **supplies** — 7. $ _____ 400.00

8. **Childcare** and **children's education** costs — 8. $ _____

9. **Clothing,** laundry, and **dry** cleaning — 9. $ _____ 125.00

10. Personal care **products** and **services** — 10. $ _____ 50.00

11. **Medical** and **dental expenses** — 11. $ _____ 80.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not **include** car payment. — 12. $ _____ 500.00

13. **Entertainment,** clubs, **recreation,** newspapers, **magazines,** and books — 13. $ _____ 25.00

14. **Charitable contributions** and **religious donations** — 14. $ _____ 10.00

15. Insurance.
Do not **include** insurance deducted from your pay or included in lines 4 or **20.**

| | | | |
|---|---|---|---|
| 15a. | **Life** insurance | 15a. | $ _____ 30.00 |
| 15b. | Health insurance | 15b. | $ _____ 720.00 |
| 15c. | Vehicle insurance | 15c. | $ _____ 100.00 |
| 15d. | Other insurance. Specify:_____ | 15d. | $ _____ |

16. Taxes. Do **not** include taxes deducted from your pay or included in lines 4 or **20.**
Specify: _____ — 16. $ _____

17. Installment or lease payments:

| | | | |
|---|---|---|---|
| 17a. | Car payment for Vehicle 1 | 17a. | $ _____ 210.00 |
| 17b. | Car payment for Vehicle 2 | 17b. | $ _____ |
| 17c. | Other. Specify:_____ | 17c. | $ _____ |
| 17d. | Other. Specify:_____ | 17d. | $ _____ |

18. Your **payments of alimony, maintenance, and support that you did no** report as deducted
from your **pay on line 5, Schedule I, Your Income (Official Form B 6I).** — 18. $ _____

19. Other **payments** you make to support others who do not **live with** you.
Specify:_____ — 19. $ _____

20. Other **real property expenses** not **included in lines** 4 or 5 of **this form** or on Schedule I: **Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $ _____ |
| 20b. | Real estate taxes | 20b. | $ _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | $ _____ |

Debtor 1    ___Antonio_____    Case number (if known)_____
First Name    Middle Name    Last Name

21. Other. Specify: _____    21. +$ _____

22. Your monthly **expenses.** Add lines 4 through 21
The **result** is your **monthly expenses.**    22. $    4,515.00

23. Calculate your monthly net income.

23a. **Copy line** 12 (your combined *monthly income*) from Schedule I.    23a. $    4,338.00

23b. **Copy** your monthly **expenses** from line 22 above.    23b. −$    4,515.00

23c. Subtract your monthly expenses from your monthly **income.**
The result is your monthly *net income.*    23c. $    −177.00

24. Do **you** expect an **increase** or **decrease in** your **expenses within** the year **after** you **file this** form?

For example, do you **expect** to finish paying for your car loan **within the** year a d o you expect **your**
**mortgage** payment to inaease **or** decrease because of a modification to **the terms** of your mortgage?

☐ **No.**
☐ **Yes.**    Explain here:

In Re: _____ Antonio & Brendaly Sarmiento _____

Debtor                                                                    (if known)

# DECLARATION CONCERNING DEBTOR(S) SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY **INDIVIDUAL** DEBTOR

I declare under penalty of **perjury** that I have read the foregoing summary and schedules, consisting of ___ sheets (total shown on summary page plus 2), and that they are true and correct to the **best** of my knowledge, information, **and belief.**

_____ July 11, 2015 _____                    _____ [signature] _____
Date                                                              Signature of Debtor

_____ July 11, 2015 _____                    _____ [signature] _____
Date                                                              Signature of Joint Debtor

* * * * * *

### DECLARATION AND SIGNATURE OF BANKRUPTCY **PETITION PREPARER** (See 11 U.S.C. § 110)

I declare under penalty of **perjury** that: (**1**) I am a bankruptcy petition **preparer** as defined in 11 U.S.C. § 110; (2) **I** prepared **this** document for **compensation** and have provided the debtor with a **copy** of this document and the notices and information required under **11** U.S.C. §§ **110(b)**, **110(h)**, and **342(b)**; (3) if rules or guidelines have **been** promulgated pursuant to 11 U.S.C. § 110(h) setting **a maximum** fee for **services chargeable** by **bankruptcy** petition preparers, **I** have given the debtor notice of the maximum amount before **preparing** any **document** for filing for a debtor or **accepting** any fee from the debtor, as required **under** that **section**; and (4) I will not **accept** any additional money or other **property from** the debtor before the filing **fee is** paid in full.

_____                    _____
Printed or **Typed Name** and Title, if any, of **Bankruptcy** Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

_____

_____
Address

X _____                    _____
Signature of **Bankruptcy** Petition Preparer          Date

Names and Social Security **numbers** of all **other** individuals who **prepared** or **assisted** in preparing this **document**, unless te **bankruptcy petition preparer** is not an individual:

*If more than one person prepared this document, arrach additional signed sheets conforming lo the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure lo comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.* 11 U.S.C. § 110; 18 U.S.C. § 156.

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, _____ named as debtor in **this** ease. declare under penalty of **perjury that** I have **read** the foregoing summary of **schedules, consisting** of **sheets** (total shown on **summary** page plus 1), and that the **are** true and correct to the **best** of my **knowledge**, information, and belief,

_____                    _____
Date                                                              Signature **of Authorized** Individual

Penalty for making a false statement or concealing property: Fine of up to $500,000 or **imprisonment** for up to 5 years or both. **18** U.S.C. § 152 and 3571.

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT
## NORTHERN District of iLLINOIS

In Re: _____ Antonio & Brendaly Sarmiento _____          Case No. _____

Debtor                                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be complete4 by every debtor. Spouses filing a joint petition may file a single statement on which
the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish
information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional,
should provide the information requested on this statement concerning all such activities as well as the individual's personal
affairs. To indicate payments, transfer and the like to minor children, state the child's initials and the name and address of the
child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C.
§ 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also
must complete Questions 19-25. If the answer to an applicable question is "None", mark the box labeled "None". 
If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case
name, care number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or parmenhip. An
individual debtor is "in business" for the purpose of this form if the debtor is or bas been, within six years immediately preceding
the filing of this bankruptcy care, any of the following: an officer, director, managing executive, or owner of 5 percent or more
of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or
self-employed full-time or pat-time. An individual debtor also may be "in business" for the purpose of this form if the debtor
engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary
employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and
their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors. and any persons in
control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of
the debtor. 11 U.S.C. § 101(2), (31).

---

None ☐     1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of
the debtor's business, including part-time activities either as an employee or in independent trade or business, from the
beginning of this calendar year to the date this care was commenced. State also the gross amounts received during the
two years immediately preceding this calendar year. (A debtor it maintains, or has maintained, financial records on
the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates
of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing
under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not tiled.)

| Amount | Source |
|--------|--------|
| 147,716.00 | Wages Antonio 2013 |
| 35,146.00 | Wages Brendaly 2013 |
| 123,000 | Wages Antonio 2014 |
| 6000 | Wages Brendaly 2014 |

None  ☒  c. All debtors: List all payment made within one year immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or
chapter 13 must include payments by either or both spouses whether w not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of payment | Amount Paid | Amount Still Owing |
|---|---|---|---|
| | | | |

4. **Suits** and administrative proceedings, executions, **garnishments** and attachments

None  ☒  a  List all suits and administrative proceedings to which the debtor is or war a party within one year immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| 3418-20 W. Foster Condominium Association v. Sarmientor 14 M!-729175 | Forcible Detainer Joint Action | Circuit Court of Cook County, IL. | Judgment for Plaintiff |

6. Assignments and receiverships

None  ☒   a   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment
by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|
| | | |

None  ☒   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court Case Title & Number | Date of Order | Description and Value of Property |
|---|---|---|---|
| | | | |

**7. Gifts**

| | |
|---|---|
| None ☒ | List all gifts or charitable contributions made within one year immediately preceding the wmmencement of this case except ordinary and usual gifts to family members aggregating less than 9200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| Name and Address of Person or Organization | Relationship to Debtor. if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|
| | | | |

**8. Losses**

| | |
|---|---|
| None ☒ | List all losses from fire, theft, other casually or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not Wed.) |

| Description and Value of Property | Description of Circumstances and, if Loss was Covered in Whole or in Part by Insurance, Give Particulars. | Date of Loss |
|---|---|---|
| | | |

**9. Payments related to debt counseling or bankruptcy**

| | |
|---|---|
| None ☒ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case. |

| Name and Address of Payee | Date of Payment. Name of Payor if other than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| Martin Y. Joseph 221 N. LaSalle Suite 1906 Chicago, IL. 60601 | Various | $2300.00 + 9335.00 court costs |

**10. Other transfers**

None ☐    a. List all other **property,** other than **property transferred** in the ordinary **course** of the business or **financial** affairs of the debtor, transferred either **absolutely** or as **security** within **two years** immediately **preceding** the **commencement** of this care. (Married debtors filing under **chapter** 12 or **chapter** 13 must include **transfers** by either or both **spouses** whether or **not** a joint petition is filed, **unless** the spouses are separated and a joint **petition** is not filed.)

| Name and Address of **Transferree,** **Relationship** to Debtor | Date | Describe **Property** Transferred and Value Received |
| --- | --- | --- |

None ☒    **b.** List all **property** transferred by the **debtor** within ten **years** immediately preceding the commencement **of this** case to a self-settled **trust** or similar **device of which** the debtor is a beneficiary

| Name of **Trust** or Other Device | **Date(s) of Transfer(s)** | Amount of Money or Description and Value of Property or Debtor's **Interest in Property** |
| --- | --- | --- |

**11. Closed financial accounts**

None ☒    List all financial **accounts** and **instruments** held in the name of the debtor or for the benefit **of the** debtor which were closed, sold, or **otherwise transferred within** one year immediately preceding the **commencement of this case.**  Include checking savings, or other financial accounts, **certificates** of deposit, or other **instruments; shares** and share **accounts** held in **banks, credit** unions, pension funds, **cooperatives,** associations. brokerage houses and **other** financial **institutions**. (Married debtors filing under chapter 12 or **chapter 13** must include information **concerning accounts** or **instruments** held by or for either or both **spouses** whether or not **a joint** petition is filed, unless the **spouses** are **separated and** a joint petition is not filed.)

| Name and Address of **Institution** | Type of Account, Last Fow Digits **of Account** Number, **and** Amount of **Final Balance** | Amount and Date of Sale or Closing |
| --- | --- | --- |
| Chase **Bank** | IRA Accounts | $10,000.00 |

**12. Safe deposit boxes**

None  ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Name and Address of Bank or Other Depository | Names and Addresses of those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|

**13. Setoffs**

None  ☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|

**14. Property held for another person**

None  ☒  Lin all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|

**15.  Prior address of debtor**

None  ☒  If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises
which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is
filed, report also any separate address of either spouse.

Address                                     Name Used                                Dates of Occupancy

**16.  Spouses and former spouses**

None  ☒  If the debtor resider or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, wntfanination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other mcdhm, including. but not limited to, statutes or regulations regulating the cleanup of thee substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including. but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, an d if known, the Environmental Law.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
| --- | --- | --- | --- |

None
b.  List the name and address of every site for which the debtor provided notice to a governmental wit of a release of Hazardous Material.  Indicate the governmental wit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
| --- | --- | --- | --- |

None
c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to whish the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
| --- | --- | --- |

**18. Nature, location and name of business**

None ☐    a   if the debtor is an individual, list the names, **addresses, taxpayer** identification numbers, **nature** of the businesses, and beginning and ending dates of **all businesses** in which the debtor was an officer, director, **partner**, or managing executive of a **corporation, partner** in a **partnership,** sole proprietor. or was a selfemployed in a Wde, **profession,** or **other activity** either full- or **part-time** within the **six-years immediately preceding** the **commencement** of this case, or in which the debtor owned 5 **percent** or more of the **voting or** equity securities within the six years **immediately** preceding the **commencement** of this care.

If the debtor is a **partnership,** list the **names, addresses, taxpayer** identification **numbers,** nature **of the businesses,** and beginning and ending dates of **all businesses** in which the debtor was **a partner** or owned 5 **percent** or more of the voting or equity **securities,** within the six years **immediately preceding** the **commencement** of this case.

If the debtor is a corporation, l i t the names, **addresses,** taxpayer identification numbers, nature of the **businesses,** and beginning and ending dates of d1 businesses in which the debtor was a **partner** or **owned** 5 **percent** or more of the voting or **equity securities** within the six **years** immediately preceding the **commencement** of this **csae.**

| Name, Address, Last Four **Digits** of Soc. Sec. No. Complete **EIN** or Other Taxpayer J.D. No. | **Nature** of Business | Beginning and Ending Dater |
|---|---|---|
| **Luciano Sarmiento INC.** 46-5364526 | 2311 N. **Nagle** Chicago, **U. 60707** Real **Estate** Sales | 4-11-14 **to present.** |

None ☐    **b.**   Identify any business listed in response to subdivision **a,** above, that is "single asset red **estate"** as defined in **11** U.S.C. **§** 101.

Name

The following questions are to be completed by every debtor that is a corporation, partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an **officer, directory,** managing executive, or **owner** of more than 5 percent of the voting or **equity** securities of a **corporation;** a partner, other than a limited partner, of a **partnership;** a sole pmprietor or otherwise **self-employed.**

(An individual or joint debtor should complete this portion of the **statement** only if the debtor is or has been in **business, as** defined above, within the six years immediately preceding the wmmencement of this case. A debtor who has not **been** in business within those six **years** should go directly to the signature page.)

19. Books, **records** and financial statements

None ☒   a. List all bookkeepers and **accountants** who within the two **years** immediately preceding the filing of **this bankruptcy** case kept or supervised the keeping of books of account and records of the debtor.

Name and Address                                                                                        Dates Services Rendered

None   b. List all firm. or individuals who within the **two years** immediately **preceding** the filing of this **bankruptcy** care have audited the books of account and records, or **prepared** a financial **statement** of this debtor.

Name and **Address**                                                                                  Dates **Services** Rendered

None   c. **List** all firms **or** individuals who at the time of the wmmencement of **this** care **were** in possession of the books of account and **records** of the debtor. If any of the **books** of account and records **are** not available, explain.

Name and **Address**

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and **trade agencies,** to whom a financial statement war issued within the two years **immediately preceding** the commencement of **this** case by the debtor.

Name and **Address**                                                                                  Date **Issued**

20. Inventories

None ☐   a   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
of each inventory, and the dollar amount and basis of each inventory.

|  |  | Amount of Inventory |
| Dale of Inventory | Inventory Supervisor | (Specify cost, market or other basis) |

None ☐   b.  List the name and address of the person having possession of the records of each of the two inventories
reported in a, above.

| Date of Inventory | Name and Address of Custodian of Inventory Records |

21.  Current Partners, Officers, Directors and Shareholders

None ☐   a.  If the debtor is a partnership, list the nature and percentage of pmership interest of each member of the
pmership.

| Name and Address | Nature of Interest | Percentage of Interest |

None ☐   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
or indirectly oms, controls, or holds 5 percent or more of the voting securities of the corporation.

|  |  | Nature and Percentage |
| Name and Address | Title | of Stock Ownership |

22. Former partners, officers, directors and shareholders

None ☒  a  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
            preceding the commencement of this care.

Name and Address                                                            Date of Withdrawal

None [X]  b.  If the debtor is a corporation, list all officers, or directors whore relationship with the corporation terminated
            within one year immediately preceding the commencement of this case.

Name and Address                               Title                            Date of Termination

23.  Withdrawals from a partnership or distributions by a corporation

None [X]  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider
            including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during
            one year immediately preceding the commencement of this case.

Name and Address of Recipient                                                  Amount of Money
Relationship to Debtor                         Date and Purpose of Withdrawal   and Value of Property

24.  Tax consolidation group

None [X]  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
            consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period
            immediately preceding the commencement of this case.

Name of Parent Corporation                                                     Taxpayer Identification Number

25.  Pension funds

None ☒  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
            which the debtor, as an employer, has been responsible f a contributing at any time within the six-year period
            immediately preceding the commencement of this case.

Name of Pension Fund                                                           Taxpayer Identification Number

# UNITED STATES BANKRUPTCY COURT

## NORTHERN District of iLLINOIS

In Re: _____Antonio & Brendaly Sarmiento_____    Case No. _____

**Debtor**    **(if known)**

### APTER 7 INDIVIDUAL DEBTOR'S STA    TE F INTENTION

PART **A** - Debts    i t_ property if t  estate. (Part A must be f  completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

| Property No. 1 | |
|---|---|
| Creditor's **Name:**<br>TCF BANK | Describe Property Securing Debt:<br>Condominium **3441** W. Foster |

Property will be (check one):

[X] **Surrendered**       ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ **Reaffirm** the debt
☐ Other. Explain _____ (for example, avoid Lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as exempt       ☒ Not claimed as exempt

---

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>Specialized Loan Services | Describe Property Securing Debt:<br>Condominium **3441** W. Foster |

Property will be (check one):

☒ Surrendered       ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ **Reaffirm** the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

**Property** is (check one):
☐ Claimed as exempt       ☐ Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

PART A - Continuation

| **Property** No. 3 (if **necessary)** | |
|---|---|
| Creditor's Name:<br>**Platnium** Home Mortgage | Describe Property **Securing** Debt:<br>Single Family Home 2311 N. **Nagle** |

Property will be (check one):

☐ Surrendered          ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ **Reaffirm the** debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

**Property** is (check one):
☐ Claimed as exempt          ☐ Not claimed as exempt

**PART** B · Continuation

| Property No. 4 | | |
|---|---|---|
| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 5 | | |
|---|---|---|
| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

# UNITED STATES BANKRUPTCY COURT

## C District of

In Re: _____          Case No. _____

        **Debtor**                                                            **(if known)**

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A - Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Atlantic Credit and F i c e | 2008 Honda Accord |

Property will be (check one):

☐ Surrendered          ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ **Reaffirm** the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ **Claimed as** exempt          ☒ Not claimed **as** exempt

---

Property No. 2 **(if necessary)**

| Creditor's  Name: | Describe **Property** Securing Debt: |
|---|---|
| | |

Property will be (check one):

☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the **property**
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as exempt          ☐ Not claimed as exempt

PART B - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attached additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease **will** be Assumed **pursuant** to 11 U.S.C. **§ 365(p)(2):** ☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease **will** be Assumed **pursuant** to 11 U.S.C. **§ 365(p)(2):** ☐ Yes ☐ **No** |

| Property No. 3 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed **pursuant** to 11 U.S.C. **§ 365(p)(2):** ☐ Yes ☐ No |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to au unexpired lease.**

_____     x _____
Date                                    Signature of Debtor

                                    x _____
                                      Signature of Joint Debtor